**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**RAY JAMES,**

        **Plaintiff,**

**v.**                                  **CASE NO.  4:14-cv-217-MW/GRJ**

**SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,
et al.,**

        **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate's Report and

Recommendation, ECF No.5, filed May 9, 2014. This Court has also reviewed *de*

*novo* Plaintiff's Objections to the Report and Recommendation, ECF No.7, filed

June 27, 2014.  Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted, over Plaintiff's

objections, as this Court's opinion.   The Clerk shall enter judgment stating, "This

cause is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g) three-

strikes bar.  Further, leave to proceed as a pauper is **DENIED**."  The Clerk shall

close the file.

       **SO ORDERED on July 1, 2014.**

**s/Mark E. Walker**      
**United States District Judge**
